EXHIBIT 1

**WARRANT IN DEBT** (CIVIL CLAIM FOR MONEY)

Commonwealth of Virginia         VA. CODE § 16.1-79

........................ Bedford County ........................ General District Court

CITY OR COUNTY

123 E. Main Street, Bedford, VA 24523

STREET ADDRESS OF COURT

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summon the Defendant(s).

TO THE DEFENDANT(S): You are summoned to appear before this Court at the above address on

September .13., 2018 .a.t. 9.:30. .am......... to answer the Plaintiff(s)' civil claim (see below)

RETURN DATE AND TIME

....................................        [ ] CLERK    [ ] DEPUTY CLERK    [ ] MAGISTRATE
DATE ISSUED

**CLAIM:** Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of

$ .......25,000.00........ net of any credits, with interest at ........ 6 .% from date of .......... DOI ..... until paid,

$ ...........77.00.... costs and $ .................. attorney's fees with the basis of this claim being

[ ] Open Account [ ] Contract   [ ] Note [×] Other (EXPLAIN)
Breach of contract, defamation and violation of the Fair Credit Reporting Act

HOMESTEAD EXEMPTION WAIVED? [×] YES    [ ] NO    [ ] cannot be demanded

........../.9./.6.........
DATE

[×] PLAINTIFF [×] ATTORNEY [ ] PLAINTIFF'S EMPLOYEE/AGENT

**CASE DISPOSITION**

JUDGMENT against   [ ] named Defendant(s) [ ]

for $ ............................ net of any credits, with interest at. ............. % from date

of. .......................................... until paid, $ .......... costs and $ .......... attorney's fees
HOMESTEAD EXEMPTION WAIVED? [ ] YES   [ ] NO   [ ] CANNOT BE DEMANDED

[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ]

[ ] NON-SUIT   [ ] DISMISSED   ...............................................

Defendant(s) Present?   [ ] YES
                        [ ] NO

...................................
DATE

...................................
JUDGE

FORM DC-412 (PAGE ONE OF TWO) 07/04 PDF

---

CASE NO.

HEARING DATE
AND TIME

........................ Robert U. Pauley, Jr. ........................
PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

302 Enterprise Drive ........................ September .13., 2018 at

Forest, VA 24551 ........................ 9:30 am

                    v.

Synchrony Financial
DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

SERVE: Corporation Trust Company, Reg. Act.

1209 Orange Street

Wilmington, DE 19801

**WARRANT IN DEBT**

* * *

TO DEFENDANT: You are not required to appear; however,
if you fail to appear, judgment may be entered against you. See
the additional notice on the reverse about requesting a change
of trial location.

[ ] To dispute this claim, you must appear on the return date to
try this case.
[ ] To dispute this claim, you must appear on the return date
for the judge to set another date for trial.

| | | |
|---|---|---|
| Bill of Particulars | ORDERED | DUE |
| Grounds of Defense | ORDERED | DUE |
| ATTORNEY FOR PLAINTIFF(S) | | |
| Robert U. Pauley, Jr. | | |
| ATTORNEY FOR DEFENDANT(S) | | |

JUDGMENT PAID OR
ATTACHED NOTICE
SATISFIED
PURSUANT TO
OR
SATISFACTION.

...................    ...................
DATE                   CLERK

**DISABILITY
ACCOMMODATIONS**
for loss of hearing,
vision, mobility, etc.,
contact the court ahead
of time.

**RETURNS: Each defendant was served according to law, as indicated below, unless not found.**

| | | |
|---|---|---|
| NAME ...................................... | NAME ...................................... | NAME ...................................... |
| ADDRESS ................................. | ADDRESS ................................. | ADDRESS ................................. |
| [ ] PERSONAL SERVICE  Tel. No. ......... | [ ] PERSONAL SERVICE  Tel. No. ......... | [ ] PERSONAL SERVICE  Tel. No. ......... |
| Being unable to make personal service, a copy was delivered in the following manner: | Being unable to make personal service, a copy was delivered in the following manner: | Being unable to make personal service, a copy was delivered in the following manner: |
| [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above. | [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above. | [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above. |
| [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.) | [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.) | [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.) |
| [ ] Served on Secretary of the Commonwealth | [ ] Served on Secretary of the Commonwealth | [ ] Served on Secretary of the Commonwealth |
| [ ] NOT FOUND _____ SERVING OFFICER | [ ] NOT FOUND _____ SERVING OFFICER | [ ] NOT FOUND _____ SERVING OFFICER |
| ........... for _____ DATE | ........... for _____ DATE | ........... for _____ DATE |

**OBJECTION TO VENUE:**
To the Defendant(s): If you believe that Plaintiff(s) should have filed this suit in a different city or county, you may file a written request to have the case moved for trial to the general district court of that city or county. To do so, you must do the following:

1. Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the right corner, (c) Plaintiff(s)' name(s) and Defendant(s)' name(s), (d) the phrase "I move to object to venue of this case in this court because" and state the reasons for your objection and also state in which city or county the case should be tried, and (e) your signature and mailing address.

2. File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to plaintiff.

3. If you mail this request to the court, you will be notified of the judge's decision.

I certify that I mailed a copy of this document to the defendants named therein at the address shown therein on

7/19/18  Nancy Jean Pauley
DATE

[ ] Plaintiff
[✓] Plaintiff's Atty.
[ ] Plaintiff's Agent

Fi. Fa. issued on ......................................................
Interrogatories issued on: .........................................
Garnishment issued on ............................................
................................................................................