EXHIBIT 2

VIRGINIA:  IN THE GENERAL DISTRICT COURT OF BEDFORD COUNTY

| | | |
|---|---|---|
| ROBERT U. PAULEY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DOCKET NO.:  GV18001577-00 |
| | ) | |
| SYNCHRONY BANK, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on this date Synchrony Bank, by counsel, filed a Notice of Removal in the above-captioned matter in the United States District Court for the Western District of Virginia, Lynchburg Division.  A copy of the Notice of Removal is attached hereto as Exhibit A.

Pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further unless and until the case is remanded.

Respectfully Submitted,

SYNCHRONY BANK

By Counsel

_____
Robert M. Luck III
Virginia Bar Number: 78763
Attorney for Synchrony Bank
REED SMITH LLP
901 East Byrd Street, Suite 1700
Richmond, Virginia 23219
Telephone: (804) 344-3400
Fax: (804) 344-3410
rluck@reedsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August, 2018, a true and correct copy of the

foregoing was served by U.S. Mail on:

> Robert U. Pauley, Jr., Esq.
> 302 Enterprise Drive
> Forest, VA 24551
> (434) 385-595

> _____
> Robert M. Luck III
> Virginia Bar Number:  78763
> Attorney for Synchrony Bank
> REED SMITH LLP
> 901 East Byrd Street, Suite 1700
> Richmond, Virginia 23219
> Telephone: (804) 344-3400
> Fax: (804) 344-3410
> rluck@reedsmith.com